UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


JOSHUA CAUCHON,

   Plaintiff,

-vs-                                                        CASE NO.:  3:14-CV-569-J-39JRK

WHETSTONE PARTNERS, LLC,
d/b/a ETITLELOAN,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, Joshua Cauchon, by and through his undersigned counsel, hereby notifies the

Court that the parties have reached a settlement with regard to this case and are presently drafting

and finalizing the settlement agreement and general release documents.  Upon execution of the

same, the parties will file the appropriate dismissal documents with the Court.


Respectfully Submitted,

*/s/ Amanda J. Allen*_____
Amanda J. Allen, Esquire
FBN: 0098228
Morgan & Morgan, Tampa,  P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
AAllen@forthepeople.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Amanda J. Allen, hereby certify that on February, __25th__ 2015, I electronically served

a copy of the foregoing, via the Court's electronic filing system upon the following counsel of

record:


James B. Flanigan, Esquire
Florida Bar Number: 98399
Paul O. Lopez, Esquire
Fla. Bar Number: 983314
Tripp Scott, P.A.
110 SE 6th Street, Suite 1500
Ft. Lauderdale, FL 33301
T: (954) 525-7500
F: (954) 761-8475
jbf@trippscott.com
pol@trippscott.com
*Counsel for Defendants*


                                        */s/ Amanda Allen*
                                        _____
                                         Amanda Allen, Esquire
                                         Florida Bar #: 0098228