UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSHUA CAUCHON,

    **Plaintiff,**

v.                                                              Case No: 3:14-cv-569-J-39JRK

WHETSTONE PARTNERS, LLC,
d/b/a ETITLELOAN,

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.42; Stipulation) filed on March 16, 2015. In the Stipulation, the parties indicate their agreement to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**
2. Each party shall bear its own costs and fees.
3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of March, 2015.

BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

**ap**